# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JAMES CHARLES VAUGHN,<br><br>    Debtor. | BAP No.   CO-12-003 |
| JAMES CHARLES VAUGHN,<br><br>    Plaintiff - Appellant -<br>    Cross-Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>INTERNAL REVENUE SERVICE,<br><br>    Defendant - Appellee -<br>    Cross-Appellant. | Bankr. No.  06-18082<br>Adv. No.    08-01095<br>Chapter    11<br><br>ORDER GRANTING ELECTION<br>AND TRANSFERRING APPEAL<br><br>February 13, 2012 |

Before CORNISH, KARLIN, and SOMERS, Bankruptcy Judges.

      The matter before the Court is the Election to Have Cross-Appeal Heard by the District Court ("Election") filed February 8, 2012, by Plaintiff-Appellant-Cross-Appellee James Charles Vaughn ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court. Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

    (1)    This appeal is transferred to the United States District Court for the District of Colorado.

    (2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

    (3)    The mediation conference scheduled for February 28, 2012, is hereby CANCELLED.

(4)  This Court's record is transmitted to the United States Bankruptcy Court for the District of Colorado.

For the Panel:

*Blaine F. Bates*
Blaine F. Bates
Clerk of Court